**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| **WILLIAM HARRISON and** ) | |
| **CATHEXIS HOLDINGS, LP,** ) | |
| ) | |
| *Plaintiffs,* ) | **CIVIL ACTION NO.: 20-0360-WS-N** |
| **v.** ) | |
| ) | |
| **STEVE JAMES FORDE,** ) | |
| ) | |
| *Defendant.* ) | |

<u>**DISCLOSURE STATEMENT**</u>

    **COMES NOW**, Cathexis Holding, LP, a Plaintiff in the above-captioned matter, and in accordance with the order of the Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

| | |
|---|---|
| ☐ | This party is an individual, or |
| ☐ | This party is a governmental entity, or |
| ☐ | There are no entities to be reported, or |
| **X** | The following entities and their relationship to the party are hereby reported: |

| Reportable Entity | Relationship to Party |
|---|---|
| 1  Cathexis Holding GP LLC | General Partner |
| 2.  G4A Trust | Limited Partner and Member of General Partner |
| 3.  William Bruce Harrison Exempt GST Trust | Limited Partner and Member of General Partner |
| 4.  William Bruce Harrison / DJH Jr Trust | Limited Partner and Member of General Partner |
| 5.  Harrisburg Equitable Management LLC | Trustee of Limited Partners |
| 6.  William Harrison | Trustee of a Limited Partner, and Beneficiary of each Limited Partner, and Member of LLC Trustee |

Respectfully submitted,

*s/Harlan F. Winn, III*

Harlan F. Winn, III
Alabama Bar Number: ASB-7322-N73H
Robert E. Battle
Alabama Bar Number: ASB-7807-T67R
Adam P. Plant
Alabama Bar Number:  ASB-6324-A64P
***Attorneys for Plaintiffs William Harrison and Cathexis Holdings LP***

**OF COUNSEL:**

**BATTLE & WINN LLP**
2901 Second Avenue South, Suite 220
Birmingham, AL 35233
Telephone: (205) 397-8160
Facsimile: (205) 397-8179
Email: rbattle@battlewinn.com
        hwinn@battlewinn.com
        aplant@battlewinn.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas M. O'Hara
O'Hara Watkins, LLC
1307 Main Street
Daphne, AL 36526
Email:  tohara@oharawatkins.com

Nicholas J. Zeher (admitted PHV)
ROBERT ALLEN LAW
249 Royal Palm Way, #301
Palm Beach, FL 33480
Telephone:  (661) 510-9606
Email nzeher@robertallenlaw.com

And, I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

*s/Harlan F. Winn, III*

OF COUNSEL

2