IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HARRISON,<br>    Plaintiff/Counter Defendant,<br><br>*and*<br><br>CATHEXIS HOLDINGS, LP,<br>    Plaintiff,<br><br>v.<br><br>STEVE JAMES FORDE,<br>    Defendant/Counter Claimant. | CIVIL ACTION NO. 1:20-00360-N |

## JUDGMENT IN A CIVIL ACTION

In this civil action, certain claims were decided by U.S. District Judge William H. Steele on motions for summary judgment (Docs. 72, 111); the rest were tried by a jury with U.S. Magistrate Judge Katherine P. Nelson presiding by consent of the parties, and the jury rendered a verdict on August 18, 2023. In accordance with the Court's rulings and the jury's verdict, it is **ADJUDGED** and **DECREED** as follows:

- that Plaintiff William Harrison recover from the Defendant, Steve James Forde, the amount of **ONE MILLION, ONE HUNDRED THOUSAND DOLLARS ($1,100,000.00)**, plus post judgment interest at the rate of 5.34% per annum, along with costs;

- that Plaintiff Cathexis Holdings, LP recover nothing, its claims be dismissed on the merits, and the Defendant, Steve James Forde, recover costs from Plaintiff Cathexis Holdings, LP; and

- that Counter Claimant Steve James Forde recover nothing, the counterclaim be dismissed on the merits, and the Counter Defendant, William Harrison, recover costs from Counter Claimant Steve James Forde.

**DONE** this the **21st** day of **August 2023**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**