# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HARRISON, and<br>CATHEXIS HOLDINGS, LP,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEVE JAMES FORDE,<br><br>*Defendant.* | CIVIL ACTION NO.: 20-0360-N |

## PLAINTIFF WILLIAM HARRISON'S NOTICE OF APPEAL

On April 4, 2024, this Court denied Plaintiff William Harrison's Rule 59(e) motion to amend the August 21, 2023 judgment in this case to include prejudgment interest (Doc. 153; *see also* Doc. 146). Harrison appeals the denial of that motion (Doc. 161) to the United States Court of Appeals for the Eleventh Circuit.

**Dated: May 3, 2024**

Respectfully submitted,

*s/Adam P. Plant*
Robert E. Battle ASB-7807-T67R
Harlan F. Winn, III ASB-7322-N73H
Adam P. Plant ASB-6324-0A64P

***Attorneys for Plaintiffs William Harrison and Cathexis Holdings, LP***

**OF COUNSEL:**
**BATTLE & WINN LLP**
2901 Second Avenue South, Suite 220
Birmingham, AL 35233
Tel.: (205) 397-8160
Fax: (205) 397-8179
Email: rbattle@battlewinn.com
hwinn@battlewinn.com
aplant@battlewinn.com

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2024 I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel registered to receive such notices.

*s/Adam P. Plant*
OF COUNSEL